IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

<u>Vashaun Ravenel #306066, et.al
( see, attached )</u>

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

<u>Gary Lane, et.al (see, attached)</u>

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. ___9:18-CV-2137-TLW-BM___
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
               *(check one)*

RECEIVED
USDC CLERK,CHARLESTON,SC
2018 AUG -6 AM 10: 11

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor; or
a complete financial account number. A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to
proceed in *forma pauperis*.

I.     The Parties to This Complaint

   A.     The Plaintiff(s)

      Provide the information below for each plaintiff named in the complaint.  Attach
      additional pages if needed.

      Name                        Vashaun Ravenel

      All other names by which you have been known:



      ID Number              #306066
      Current Institution    McCormick Correctional Institution
      Address                386 Redemption Way
                             McCormick, SC 29899

   B.     The Defendant(s)

      Provide the information below for each defendant named in the complaint, whether
      the defendant is an individual, a government agency, an organization, or a
      corporation.  Make sure that the defendant(s) listed below are identical to those
      contained in the above caption.  For an individual defendant, include the person's job
      or title (if known) and check whether you are bringing this complaint against them in
      their individual capacity or official capacity, or both.  Attach additional pages if
      needed.

      Defendant No. 1

            Name                    Gary Lane
            Job or Title            Warden for Kershaw Correctional Inst.
            (if known)
            Shield Number
            Employer                Kershaw Correctional Institution
            Address                 4848 Goldmine Hwy.
                                    Kershaw, SC 29067

            ☒   Individual capacity         ☒   Official capacity

      Defendant No. 2

            Name                    Charles Williams

2

Plaintiff No. 2
Darrell L. Goss #305517
McCormick Correctional Institution
386 Redemption Way
McCormick, SC 29899

Plaintiff No. 3
Jason D. Feaster #333232
McCormick Correctional Institution
386 Redemption Way
McCormick, SC 29899

Plaintiff No. 4
Lance Mitchell #213965
McCormick Correctional Institution
386 Redemption Way
McCormick, SC 29899

Plaintiff No. 5
Anthony C. Shy #340427
McCormick Correctional Institution
386 Redemption Way
McCormick, SC 29899

Plaintiff No. 6
Marquis Grampus #363572
McCormick Correctional Institution

2 (a)

LEGAL MAIL
MAIL ROOM

386 Redemption Way
McCormick, SC 29899

Defendant No. 5
Marshal
Major for McCormick Correctional Inst.
McCormick Correctional Institution
386 Redemption Way
McCormick, SC 29899
Individual and Official capacity

Defendant No. 6
Stanley Terry
Captain for McCormick Correctional Inst.
McCormick Correctional Institution
386 Redemption Way
McCormick, SC 29899
Individual and Official capacity

Defendant No. 7
C. Jones
Lieutenant for McCormick Correctional Inst.
McCormick Correctional Institution
386 Redemption Way
McCormick, SC 29899
Individual and Official capacity

2 (b)

LEGAL MAIL
MAIL ROOM

Defendant No. 8

Deborah Richter

Chief Nurse for McCormick Correctional Inst.

McCormick Correctional Institution

386 Redemption Way

McCormick, SC 29899

Individual and Official capacity

2 (c)

LEGAL MAIL
MAIL ROOM

Job or Title (if known)    Warden for McCormick Corr. Inst.

Shield Number

Employer    McCormick Correctional Institution

Address    386 Redemption Way

McCormick, SC 29899

☒ Individual capacity        ☒ Official capacity

Defendant No. 3

Name    J. Robertson

Job or Title (if known)    Assistant Warden for McCormick Corr.

Shield Number

Employer    McCormick Correctional Institution

Address    386 Redemption Way

McCormick, SC 29899

☒ Individual capacity        ☒ Official capacity

Defendant No. 4

Name    Glidewell

Job or Title (if known)    Associate Warden for McCormick Corr.

Shield Number

Employer    McCormick Correctional Institution

Address    386 Redemption Way

McCormick, SC 29899

☒ Individual capacity        ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

      ☐      Federal officials (a *Bivens* claim)

      ☒      State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eighth Amendment "cruel and unusual punishment" to the U.S. Constitution; First Amendment "freedom of religion"; and Fourth Amendment "expectation of privacy" to the U.S. Const.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

" See attached "

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

      ☐      Pretrial detainee

      ☐      Civilly committed detainee

      ☐      Immigration detainee

    ☒    Convicted and sentenced state prisoner

    [ ]    Convicted and sentenced federal prisoner

    [ ]    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

" See, attached " _____

_____

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

" See, attached " _____

_____

_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

" See, attached " _____

_____

_____

5

# Statement of Claim

1). Since approximately, August 9, 2017, through and continuing through February 28, 2018, while housed in the solitary confinement unit at Kershaw Correctional, Warden, Gary Lane failed and/or refuse to allow Plaintiff, Vashaun Ravenel to participate in outside recreation.

2). On March 6, 2018, Plaintiff, Vashaun Ravenel was transferred to McCormick Correctional.

3). Since approximately, March 6, 2018, through and continuing through the present date, while housed in the solitary confinement unit at McCormick Correctional, Warden, Charles Williams, Assistant Warden, J. Robertson, Associate Warden, Glidewell, Major, Marshal, Captain, Stanley Terry, and Lieutenant, C. Jones failed and/or refuse to allow Plaintiffs, Vashaun Ravenel, Darrell L. Goss, Jason D. Feaster, Lance Mitchell, Anthony C. Shy, and Marquis Grampus to participate in outside recreation.

4). Since approximately, March 6, 2018, through and continuing through the present date, while housed in the solitary confinement unit at McCormick Correctional, the above-named prison officials failed and/or refuse to provide the above-named Plaintiffs with adequate air conditioner.

5(a)

LEGAL MAIL
MAIL ROOM

5). Since approximately, March 6, 2018, through and continuing through the present date, while housed in the solitary confinement unit at McCormick Correctional, Chief Nurse, Deborah Richter failed and/or refuse to conduct routine sick call for the above-named Plaintiffs.

6). Since approximately, June, 2018, through and continuing through the present date, while housed in the solitary confinement unit at McCormick Correctional, Assistant Warden, J. Robertson implemented and enforced a procedure that mandates the above-named Plaintiffs to exit there cell naked except for their underwear on.

7). The above-named Defendants were acting under color of state law when they subjected, or cause to be subjected, the above-named Plaintiffs to the infliction of cruel and unusual punishment, deprivation of their religous belief and expectation of privacy.

8). The above-named Defendants were deliberately indifferent to a substantial risk of serious harm to the Plaintiffs' health when they were aware or should have been aware of the Plaintiffs need to participate in outdoor exercise, have adequate air conditioner, be afforded medical care, to freely exercise their religous belief, and to have the expectation of privacy.

5 (b)

LEGAL MAIL
MAIL ROOM

9). The above-named Plaintiffs have endured and suffered, physical ailments, back pains, knee pains, joint pains, heat strokes, overheated body, lack of sleep, deprivation of religous belief and expectation of privacy, extreme mental anguish, constant anxiety, stress, depression, embarrassment, trauma as a result of the acts and omissions of the above-named Defendants.

10). The above-named Plaintiffs requests this Court to enter a judgment granting them : (A) a jury trial upon all issues triable by a jury ; (B) actual damages in the amount of One-hundred and twenty thousand dollars ($120,000.00) jointly and severally against the Defendants and punitive damages in the amount of one-hundred and twenty thousand dollars ($120,000.00) jointly and severally against the Defendants.

5 (c)

LEGAL MAIL
MAIL ROOM

_____

_____

_____

_____

V.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

" See, attached "

_____

_____

_____

_____

_____

_____

VI.    **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

" See, attached "

_____

_____

_____

_____

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    ☒      Yes

    ☐      No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Kershaw Correctional Institution ; and McCormick Correctional Institution

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

    ☒      Yes

    ☐      No

    ☐      Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

    ☒      Yes

    ☐      No

    ☐      Do not know

If yes, which claim(s)?

8th Amendment ; 4th Amendment ; and 1st Amendment to the U.S. Constitution

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

    ☒      Yes

    ☐      No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐     Yes

☐     No

E.     If you did file a grievance:

1.     Where did you file the grievance?

McCormick Correctional Institution

2.     What did you claim in your grievance?

denial of outside exercise ; denial of medical care ; denial of religous belief ; denial of expectation of privicay ; and cruel and unusual punishment

3.     What was the result, if any?

denied ; grievance restriction

4.     What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

n/a . Yes, grievance process is completed

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

        _____

        _____

        _____

        _____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        _____

        _____

        _____

        _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    I sent numerous staff requests to the responsible officials

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐    Yes

    ☒    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐    Yes

    ☒    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)    _____

        Defendant(s)    _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐    Yes

        ☐    No

        If no, give the approximate date of disposition.    _____

10

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☒    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)   _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

11

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **August 1**, 20**18**.

Signature of Plaintiff         *Vashaun Ravenel*

Printed Name of Plaintiff      Vashaun Ravenel

Prison Identification # **306066**

Prison Address    **386 Redemption Way**

                  **McCormick, SC 89899**

                City                    State              Zip Code

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

12

Address                    _____

Telephone Number           _____

E-mail Address             _____