| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. (2137)ßß | A. Signature<br>X _Gary Lane_    ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Gary Lane<br>~~70 Whardsdale Road~~<br>~~ame, SC  9~~ | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>RESTRICTED DELIVERY<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer fro    7011 1150 0001 6754 0179    9:18-2137 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |



UNITED STATES POSTAL SERVICE

SC 290

08 JUN '19

PM 2 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States Marshals Service
U. S. Courthouse
901 Richland Street, Suite 1300
Columbia, SC 29201

RECEIVED
2019 JUN 10 PM 1: 28
UNITED STATES MARSHALS
COLUMBIA. SC

J-10
BB

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
2019 MAY 21  AM 10: 08
UNITED STATES MARSHALS
COLUMBIA, SC

| | |
|---|---|
| PLAINTIFF Vashaun Ravenel | COURT CASE NUMBER 9:18-cv-02137-TLW-BM |
| DEFENDANT David Dunlap et | TYPE OF PROCESS Co, 101 |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

Glou Lane Head Warden

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

4848 Goldmine Hwy Kershaw S.C. 29067

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vashaun Ravenel #336066
McCormick Corr. Inst.
356 Redemption Way
McCormick, S.C. 29899

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | ~~8~~ 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

USDC CLERK CHARLESTON, SC
2019 JUN 25 AM 11:32
RECEIVED

| | | | |
|---|---|---|---|
| Signature of Attorney other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 5/16/19 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 71 | No. 71 | BBrown | 5/21/19 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date 6-8-19  Time  ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | $8.00 | $8.00 | | $0.00 |

REMARKS: 6/5/19 SCDC OGC Can Not accept - Term - Cert Mail $12.55
6-8-19 PS Fm 3811 returned
Signed

I Declare Under Penalty Of Perjury That The Foregoing Is True And Correct

Signature

6/20/19
Date

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 11/13

PRIOR EDITIONS MAY BE USED